April, 21, 2015

79,416-06

COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

This document contains some
pages that are of poor quality
t the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 29 2015

Abel Acosta, Clerk

Re. W01-01902-K(A)

EX PARTE: PATRICK BERNARD INGRAM.

DEAR CLERK, PLEASE FIND ENCLOSED Applicant's
APPLICATION FOR WRIT OF MANDAMUS IN THE ABOVE-STYLED
Numbered Cause. PLEASE File This AND bring it to the
Courts ATTENTION.

THANK you FOR you ATTENTION is this MATTER

Sincerely,

PATRICK B. Ingram
TDCJ-ID# 1669001
ALLRED unit
2101 Fm 369 N
Iowa PARK, TEXAS 76367

Cause No. WO1-01902-K(A)

| | |
|---|---|
| PATRICK BERNARD INGRAM | IN THE CRIMINAL |
| TDCJ-ID#1669001 | |
| Relator | DISTRICT COURT NO. 4 |
| V. | OF |
| FELICIA PITRE, Dallas County | |
| District Clerk | |
| Respondent | DALLAS COUNTY, TEXAS |

## A. PLAINTIFF'S Original APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PATRICK BERNARD INGRAM, Relator, Pro Se, in the above-styled and numbered cause of action; and files the original application for writ of mandamus, Pursuant to article 11.07 Sec. 3(e) OF the Texas CODE OF CRIMINAL Procedure, and would show the Court the following:

## B. Relator

PATRICK BERNARD INGRAM, TDCJ-ID#1669001, is an offender incarcerated in the texas DEPARTMENT OF CRIMINAL JUSTICE AND IS APPEARING Pro Se, who can be located at: JAMES V. ALLRED unit, 2101 FM 369 N, Iowa Park, TEXAS 76367.

1.02 Relator has exhausted his remedies and has no other adequate remedy at law.

1.03 The act sought to be compelled is ministerial, not discretionary in nature [TCCP art. 11.07 Sec. 3(e)] requires respondant to immediately transmit to the Court of Criminal Appeals a copy of the Application for writ of habeas Corpus, any answer filed and a Certificate reciting the date upon which that finding was made, if the convicting decides

-1-

that there are no issues to be resolved a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made have been transmitted to the Court of Criminal Appeals. Had such documents been transmitted to the Court of Criminal Appeals by respondent as required by statue, Relator would have received notice from the Court of Criminal appeals.

## II

## C. RESPONDENT

Respondent, FELICIA PITRE DALLAS COUNTY DISTRICT CLERK has a ministrerial duty to receive and file all papers in a Criminal Proceeding, and Perform all other duties imposed on the clerk by Law Pursuant To TCCP ART. 2.21, and is responsible under TCCP 11.07 Sec. 3 to immediately transmit to the Court of Criminal appeals a Copy of the application for writ of habeas Corpus, any answers filed, and a certificate reciting the date which that finding was made if the Convicting Court decides that there are no issues to be resolved. FELICIA PITRE, DISTRICT CLERK of DALLAS COUNTY may be served at her Place of business at 133 NORTH Riverfront Blvd. LB 12 - Dallas, TEXAS 75207

## D. VIOLATION OF ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE

3.01 The respondant violated article 11.07 Sec. 3(c) of the TEXAS CODE OF CRIMINAL Procedure by failing to Provide a COPY of the Application for writ of habeas CorPus, any answer filed, and a Certificate reciting the date upon which that finding was made to the court of Criminal APPEALS, within the time Prescribed by Law, and

-2-

within a reasonable time from the date on which the documents were requested to be transmitted.

3.03 To date, Relator has received no response from Respondent regarding Relator's request for transmittal of a copy of the application for writ of habeas corpus.

3.04 Request for transmittal of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made by Relator to FELICIA PITRE, DALLAS COUNTY DISTRICT CLERK, by certified mail, pursuant to Article 11.07 Sec. 3(c) of the CODE OF CRIMINAL PROCEDURE. True and accurate copies of the above letters are attached as Exibits, and are incorporated by referance herein for all purpose.

3.05

As is clear relator's letters, Relator has repeatedly put Respondent on notice that relator seeks the transmittal of a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal appeals and that such records are required by the court of criminal appeals to act on relator's writ of habeas corpus. Relator has gone well beyond any requirement or obliaations imposed upon him bu the Texas CODE OF CRiminAL Procedure

In contrast to relator's efforts, respondent has wholly failed to comply with the Tex. CODE. Of Crim. Proc. art. 11.07 Sec. 3(c), is acting in bad faith, and has also failed to afford relator to the Professional and Common courtesy of any written Response to his corrispondance and request.

—3—

3.06 ARTICLE 11.07 Section 3(c) Clearly State that "[I]f the convicting Court decides that there are no such issues, the Clerk shall immediately transmit [emphasis added] to the Court Of Criminal appeals A Copy Of the application, any answer filed and a Certificate reciting the date upon which that finding was made, failure of the Court to act within the allowed 20 days shall Constitute Such a finding." TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 11.07 Sec, 3(c). Respondent is in Violation Of this Procedure, ministerial duties, and thus the Law Of this State

## D. PRAYER FOR RELIEF

## IV

WHEREFORE, PREMISES CONSidered, Relator PATRICK BERNARD INGRAM, Pro se, respectfully request a finding that the respondent did not transmit documents to the Court Of CRIMINAL APPEALS Within a Reasonable time after the date they were requested and that relator brought this litigation in good faith and has substantially Prevailed. Relator Prays for an order directing respondent to transmit Copy of the application for Writ of habeas Corpus, any answers filed, and a Certificate reciting the date upon Which that finding was made to the Court of Criminal as directed in article 11.07 Section 3(c) of the Texas CODE Of Criminal Procedure and as requested in Relator's Letter (Exhibit)

RESPECTfully Submitted,

BY: _____

RELATOR

-4-

THE STATE OF TEXAS      § § §

COUNTY OF Wichita

E. AFFIDAVIT

I SWEAR under the oath that the facts AND ALLEG-ATIONS in the above APPLICATION FOR WRIT OF MANDAMUS are true and correct.

_____
RELATOR

INMATE'S DECLARATION

I, PATRICK BERNARD INGRAM, am the applicant and being presently incarcerated in James V. Allred unit, declare under penalty of perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on _____, 2015

_____
Relator

F. CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above application for Writ OF MANDAMUS was served on FELICIA PITRE, DISTRICT CLERK by placing a copy in U.S. Mail address to: 133 N. Riverfront Blvd. LB-12, Dallas, Texas 75207, on this day _____ of _____, 2015.

_____
RELATOR

-5-

Cause NO. W01-01902-K(A)

PATRICK BERNARD INGRAM          § IN THE CRIMINAL
TDCJ-ID # 1669001                             §
       Relator                                         § DISTRICT COURT NO. 4
V.                                                         §
FELICIA PITRE, DALLAS COUNTY     § OF
DISTRICT CLERK                             §
       Respondent                                 § DALLAS COUNTY, TEXAS

## ORDER

On this day, came on to be heard the foregoing relator's application for writ mandamus and it appeals to the court that the same should be.

_____ GRANTED

It is therefore ordered that the District Court shall immediately transmit to the Court of Criminal Appeals a copy of the application for writ habeas Corpus, any answers filed and a Certificate reciting the date upon which that transmittal was made.

SIGNED on this the _____ day of _____, 2015

_____
PRESIDING JUDGE

-6-

# EXIbITS

APRIL 13, 2015

FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK
133 N. Riverfront Blvd , LB 12
DALLAS , TEXAS 75207

Re: W01-01902-K (A)

EX PARTE: PATRICK BERNARD INGRAM

Dear Clerk,

I am writting to give you notice, that your
OFFICE is currently in violation OF CODE OF CRIMINAL PROCEDURE
Article 11.07 Sec. 3 (a)

I have writting to your OFFICE Previously (letter date 4-1-2015)
Concerning this matter, but your OFFICE has failed to respond
or reply. Applicant has not received any order from the Court
that would allow your OFFICE to exceed the 35 day afforded
by article 11.07.

Therefore, applicant ask your OF TO respond or comply
within Seven (7) days or applicant has no other choice
but to submit a writ OF MANDAMUS to the Court OF
CRIMINAL APPEAL, and seek other Sanctions for denial of due
Process and Conspiring to aid in a illegal Confinement.

Thank you for your attention in this matter.

Respectfully Submitted,

PATRICK BERNARD INGRAM
#1669001
ALLred unit
2101 FM 369 N
Iowa Park, Texas 76367